UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-11-D-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| SHAWN ALEXANDER POWELL | |

On motion of the Defendant, Shawn Alexander Powell, and for good cause shown, it is hereby ORDERED that **DE 79** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **11** day of June 2021.

JAMES C. DEVER III
United States District Judge