UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shawn Alexander Powell**   Docket No. 7:09-CR-11-1D

### Petition for Action on Supervised Release

COMES NOW Caroline M. O'Reilly, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shawn Alexander Powell, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute more Than 5 Grams of Cocaine Base (Crack) in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on September 22, 2009, to the custody of the Bureau of Prisons for a term of 216 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Shawn Alexander Powell was released from custody on March 4, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has requested the opportunity to complete Moral Reconation Therapy (MRT), a cognitive-behavioral treatment program that leads to improving moral reasoning, better decision-making, more appropriate behavior, and reduces the likelihood of recidivism. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Caroline M. O'Reilly<br>Caroline M. O'Reilly<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2030<br>Executed On: September 17, 2025 |

Shawn Alexander Powell
Docket No. 7:09-CR-11-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this \_\_\_18\_\_\_ day of \_\_\_September\_\_\_, 2025, and ordered filed and made a part of the records in the above case.

_____/s/ J. Dever_____
James C. Dever III
U.S. District Judge